# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:17-cv-6128-JAK-KES | Date: May 16, 2018 |

Title: GENNADIY GALAYAN v. SCOTT FRAUENHIEM, WARDEN

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER To Show Cause – Reply To Respondent's Answer (Dkt. 11)**

On or about August 14, 2017, Petitioner Gennadiy Galayan ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition"). (Dkt. 1 [signature date].) On December 29, 2017, the Court issued an order requiring Respondent Scott Frauenhiem ("Respondent") to file an Answer to the Petition within 45 days. (Dkt. 6 at 4.) Petitioner was authorized to file "a single Reply responding to matters raised in the Answer within thirty (30) days of the date of service thereof." (Id.)

Following an extension of time, on March 14, 2018, Respondent filed an Answer. (Dkt. 11.) Based on the Court's December 29, 2017 order, Petitioner was to file a Reply within 30 days of the March 14 service of the Answer. As of the date of this order, the Court has not received a Reply from Petitioner. Accordingly, <u>on or before June 15, 2018</u>, Petitioner shall file a Reply to Respondent's Answer.

If Petitioner fails to respond to this order, then the Court will consider Respondent's Answer without responsive briefing, which may result in the dismissal of the Petition.

Initials of Deputy Clerk <u>JD</u>