O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNADIY GALAYAN, | Case No.  2:17-cv-06128-JAK-KES |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND |
| RICK HILL, Warden, | RECOMMENDATION OF UNITED |
| Respondent. | STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 28).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the Petition.

DATED:  February 1, 2019          _____

John A. Kronstadt
UNITED STATES DISTRICT JUDGE