JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNADIY GALAYAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　Respondent. | Case No. 2:17-cv-06128-JAK-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied.

DATED: February 1, 2019

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE